**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1241**

———————————

JAMES TYSON,

Plaintiff - Appellant,

versus

PITT COUNTY GOVERNMENT; PITT COUNTY DEPARTMENT
OF SOCIAL SERVICES,

Defendants - Appellees,

and

EDWARD GARRISON, Director, in his official and
individual capacity; WILLIAM PERRY, Adminis-
trator, in his official and individual capac-
ity; RUTH HINES, Supervisor, in her official
and individual capacity,

Defendants.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Greenville. Malcolm J. Howard, Dis-
trict Judge. (CA-95-133-4-H(3))

———————————

Submitted: May 15, 1997            Decided: May 28, 1997

———————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Tyson, Appellant Pro Se.  Cheryl A. Marteney, WARD & SMITH, P.A., New Bern, North Carolina; Pamela Weaver Best, PITT COUNTY LEGAL DEPARTMENT, Greenville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tyson v. Pitt County Gov't, No. CA-95-133-4-H(3) (E.D.N.C. Jan. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED